(60 Misc. Rep. 366.)

### HART v. A. L. CLARK & CO., Limited.

(Supreme Court, Special Term, New York County. August, 1908.)

APPEAL AND ERROR (§ 480*)—STAY.

    Where plaintiff has moved in the Appellate Division for leave to appeal to the Court of Appeals, but decision may not be rendered on such motion for some two months, a Special Term will grant plaintiff a stay of proceedings in the meantime, on giving bond to indemnify defendant for costs of the Appellate Division and for any loss to defendant if the application should be denied.

    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 2257; Dec. Dig. § 480.*]

Action by Henry Hart against A. L. Clark & Co., Limited., Judgment for plaintiff was reversed by the Appellate Division. 127 App. Div. 679, 111 N. Y. Supp. 886. Plaintiff has moved the Appellate Division for leave to appeal, and asked for a stay pending a decision of the Court of Appeals. Stay granted.

Olney & Comstock, for plaintiff.
Sternberg, Jacobson & Pollock, for defendant.

DAYTON, J. Plaintiff has moved the Appellate Division for leave to appeal to the Court of Appeals, which motion may not be decided until October next. Plaintiff asks a stay pending that decision. Owing to this unavoidable delay a situation is presented not within any adjudication to which I have been referred. Defendant contends that the Special Term is without power to grant this stay. I have concluded,

however, to do so, on condition that plaintiff within five days give a sufficient bond in $300 to indemnify the defendants for costs at the Appellate Division as taxed, and also for any loss or damage caused the defendants if the Appellate Division shall deny said motion. Settle order 7th. inst.

Ordered accordingly.